**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| BRIAN D. DUNCAN, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:23-cv-01713-HEA |
| ALAN WELLS, | ) |
| Defendant. | ) |

### ORDER OF DISMISSAL

In accordance with the opinion, memorandum and order issued on this date and incorporated herein,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without prejudice.

**IT IS HEREBY CERTIFIED** that an appeal from this action would not be taken in good faith.

Dated this 27th day of December, 2023.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE